452 A.2d 1099

Commonwealth v. Gumby, Appellant.

Petition for Allowance of Appeal Denied March 16, 1983.

Submitted June 23, 1982. Gary Spohn Fronheiser, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed. The jurisdiction of the Superior Court of Pennsylvania is relinquished. The lower court is directed to enforce its sentence.

452 A.2d 1099

Commonwealth v. Guthrie, Appellant.

Submitted December 14, 1981. George E. Lepley, Jr., for appellant; Kenneth Osokow, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Order affirmed.